Reuben D. Nathan, Esq.. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:    (949) 486-1889
Email: r.n@azimynathan.com
       e.a@azimynathan.com

Attorneys of Record for Plaintiff, Mattie Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>RADIOSHACK CORPORATION dba RADIOSHACK No. 3914; THE ROBERT & SIM YEE FAMILY SURVIVING SPOUSES TRUST and Does 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:06-CV-00322-DFL PAN<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

- 1 -

STIPULATION OF DISMISSAL AND ORDER THEREON

1  Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Mattie Johnson and Defendants
2  Radioshack Corporation dba Radioshack No. 3914 and The Robert & Sim Yee
3  Family Surviving Spouses Trust, through their attorneys undersigned, stipulate and
4  agree that above-captioned matter may be dismissed as to all claims and all
5  defendants, with prejudice, each party to bear his own attorneys' fees and costs.

DATED: June 21, 2006            **AZIMY & NATHAN, LLP**

BY: /s/ Reuben D. Nathan, Esq.
    Reuben D. Nathan, Esq.
    Attorney for Plaintiff, Mattie Johnson


DATED: May 11, 2006             **JACKSON LEWIS, LLP**


BY: /s/ Jamerson C. Allen Esq. as authorized on May 11, 2006
    Jamerson C. Allen, Esq.
    Attorney for Defendant, Radioshack
    Corporation dba Radioshack No. 3914


DATED: May 11, 2006             **LAW OFFICE OF JEFFREY A. HUNT**


BY: /s/ Jeffrey A. Hunt, Esq. as authorized on May 11, 2006
    Jeffrey A. Hunt, Esq.
    Attorney for Defendant, The Robert
    & Sim Yee Family Surviving Spouses
    Trust

- 2 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

## ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: __6/26__, 2006        _____
                                              United States District Court Judge

STIPULATION OF DISMISSAL AND ORDER THEREON